**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ERLYNDON J. LO, | § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 4:13cv326 |
| | § | Judge Clark/Judge Mazzant |
| UNITED STATES OF AMERICA and THE TEXAS BOARD OF LAW EXAMINERS, | § § § § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 24, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that plaintiff's complaint be dismissed for lack of jurisdiction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for lack of jurisdiction.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this 6 day of **August, 2013.**

_____
Ron Clark, United States District Judge